**People of the State of Illinois, Plaintiff-Appellee, v. Joseph P. Olejniczak, Defendant-Appellant.**

Gen. Nos. 52,750, 53,233.

First District, Second Division.

October 13, 1970.

Robert P. Brandenburg and Melvin Saul Cahan, of Chicago, for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Arthur L. Belkind, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE LYONS. **Not to be published in full.**